CLOSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Jeremias Morales-Mejia

Citizen of Honduras

USM#: 73612-208   DOB: 1983

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

No. 07-10855-001M-SD

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A94 895 404

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/17/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FORTY-FIVE (45) DAYS on Count TWO, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10855-001M-SD**
*USA vs. Jeremias Morales-Mejia*

Page 2 of 2

Date of Imposition of Sentence: **Monday, December 17, 2007**

_____   Date 12/17/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                              Deputy Marshal
07-10855-001M-SD -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

MAGISTRATE JUDGE'S MINUTES

DATE: __12/17/2007__   CASE NUMBER: __07-10855-001M__-SD

# PLEA/SENTENCING MINUTES
USA vs. __Jeremias Morales-Mejia__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__  Judge #: __70BK__

U.S. Attorney _____   INTERPRETER REQ'D __Marcia Resler__
Attorney for Defendant __Juan Rocha (AFPD)__   LANGUAGE: __Spanish__

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA __12/13/07__   ☒ Complaint Filed   ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:

☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts __TWO__
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __TWO__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of __45 DAYS__  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY: Angela J. Tuohy, Deputy Clerk

12/13

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jeremias MORALES-Mejia
Citizen of Honduras
YOB: 1983
A94 895 404
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10855M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about August 15, 2007, Defendant Jeremias MORALES-Mejia was arrested and removed from the United States to Honduras through the port of Phoenix, Arizona, in pursuance of law, and thereafter on or about December 13, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about December 13, 2007, within the Southern District of California, Defendant Jeremias MORALES-Mejia, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 17, 2007                      at            Yuma, Arizona
Date                                                 City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                     Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Jeremias MORALES-Mejia

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through Phoenix, Arizona on August 15, 2007.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 11/28/07 Eugene, OR | Heroin - Sell | Outstanding Warrant |

Narrative: The Defendant, a citizen of Honduras and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Honduras and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on December 13, 2007.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 17, 2007
Date

Signature of Judicial Officer

I, Senior Patrol Agent Nicholas Francescutti, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

Defendant:         Jeremias MORALES-Mejia

Dependents:        None

**IMMIGRATION HISTORY:**   The Defendant was last removed through Phoenix, Arizona on August 15, 2007.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 11/28/07  Eugene, OR | Heroin - Sell | Outstanding Warrant |

Narrative:   The Defendant, a citizen of Honduras and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Honduras and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on December 13, 2007.

Executed on: Date _December 15, 2007_         Time: _7:38 AM_

Signed: _Nicholas Francescutti_    Senior Patrol Agent

### *Finding of Probable Cause*

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of _ _ page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on _December 13, 2007_ in violation of Title 8, United States Code, Section(s) _1326 and 1325_.

Finding made on: Date _DECEMBER 15, 2007_   Time _10:24 AM_

Signed: _____  United States Magistrate Judge